UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-71956 |
| CECILIA BENGUE TOBY, | |
| Debtor(s)/Movant(s), | CHAPTER 13 |
| v. | |
| CAPITAL ONE BANK, | |
| Respondent. | |

## O R D E R

Before the Court is Debtor's Motion to Avoid Lien, as provided by 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d). Respondent has not filed a response, and the motion is deemed unopposed. See BLR 6008-2, NDGa. Since the creditor whose lien is sought to be avoided has not controverted the Debtor's allegations, IT IS HEREBY ORDERED that the Judicial Lien held by Respondent upon exempt property of the Debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which Debtor would have been entitled pursuant to 11 U.S.C. Section 522(b).

IT IS SO ORDERED, this 15 day of December, 2014.

JAMES R. SACCA
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION LIST

**Cecilia Bengue Toby**
2492 Field Spring Drive
Lithonia, GA 30058

**Carson R. Walden**
Walden, Goodhart, Harden & New
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

**Adam M. Goodman**
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

**Capital One Bank USA NA**
Attn: Richard Fairbank
1680 Capital One Drive #1400
McLean, VA 22102

*Registered Agent*
**Corporation Service Company**
1100 E Main St Suite 1600
Richmond, VA 23218

**Frederick J Hanna & Associates, PC**
2253 Northwest Parkway
Marietta, GA 30067